| LODGED | | FILED | |
|---|---|---|---|
| CLERK, U.S. DISTRICT COURT | | CLERK, U.S. DISTRICT COURT | |
| 1/26/23 | | 1/31/23 | |
| CENTRAL DISTRICT OF CALIFORNIA | | CENTRAL DISTRICT OF CALIFORNIA | |
| BY: CS  DEPUTY | | BY: SE  DEPUTY | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Ivan Rene Moore | CASE NUMBER |
|---|---|
| | 2:22-cv-06465-MEMF |
| | 2:17-cv-04828-ODW-GJS |
| PLAINTIFF(S) | |
| v. | |
| Wells Fargo Bank, N.A, et al | **NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT** |
| DEFENDANT(S). | |

On September 9, 2022, the Court received the attached

☐ Complaint ☐ Petition ☐ Notice of Removal, captioned _____

☒ other document(s), entitled Notice of appeal, notice of referral, was transfer from the bankruptcy court. Read below.

from Ivan Rene Moore, who was found by the Court on May 17, 2018

in case number CV17-4828-ODW(GJS) to be a vexatious litigant and/or subject to the following restrictions on the filing of additional documents:

☐ A court order or written authorization from a judge must be obtained prior to the filing of document(s).

☐ Submission of document(s) for filing requires a Motion for Leave to File.

☐ Document(s) must be pre-screened by the Court before filing.

☐ Filing fee must be paid.

☐ No further filings are to be accepted in this case from the person named above or anyone acting on his or her behalf.

☐ Bond in the amount of $_____ must be posted in order to proceed.

☒ Other : A case was assigned CV22-6465-MEMF, Judge Wright should this case be close or remain open?

Pursuant to the terms of the order imposing filing restrictions, the attached document(s) will be forwarded to the ☐ assigned magistrate judge ☐ assigned district judge ☐ Chief Judge for review.

---

☐ IT IS HEREBY ORDERED that the document(s) presented:
  ☐ be filed in the above-captioned case.
  ☐ be filed in case number _____.
  ☐ be filed as a new case.
or

☐ IT IS RECOMMENDED that the document(s) presented not be filed. The Clerk is directed to forward this recommendation to the appropriate district judge for review.

_____  _____
Date                                    United States Magistrate Judge

---

IT IS HEREBY ORDERED that the document(s) presented

☒ not be filed.
☐ be filed in the above-captioned case.
☐ be filed in case number _____.
☐ be filed as a new case.

January 31, 2023
Date                                    United States District Judge

Page 6 of this Court's 5/17/18 Vexatious Litigant Order requires Moore to, among other things, "submit a copy of th[e] Pre-Filing Order with any case-initiating pleading he proffers to this Court." Moore failed to do so in initiating 22-6465-MEMF. Thus, this Court FINDS that Moore is in violation of the Vexatious Litigant Order such that 22-6465-MEMF may be properly dismissed.

CV-115 (04/2018)        NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT